KRAMER, Chief Judge,
concurring:
The appellant has failed to demonstrate that he would be prejudiced by a remand under the VCAA. “See Best v. Principi, — Vet.App. -, -, No. 99-1144, order at 1-2 (May 15, 2001) (per curiam order) (because of as yet unknown factual and legal context in which claim readjudi-cation will occur, absent ‘appropriate circumstances,’ Court refrains from exercising, either sua sponte or at appellant’s request, its discretion to address all allegations of error by Board of Veterans’ Appeals once it is determined that VCAA necessitates remand.”. Specifically, such prejudice may result where the appellant would have (1) argued and provided support for a reversal with a grant of benefits by this Court or (2) demonstrated that he would be prejudiced by a remand of his claim without consideration of additional allegations of error; that is, that the errors would not be mooted by a remand pursuant to the VCAA or could not be properly raised and eventually remedied on remand to the Board. '